JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Phelps,             ) | Case No. **CV 11-3565-JFW (JCx)** |
|                             ) | |
|          Plaintiff,         ) | **ORDER DISMISSING CIVIL ACTION** |
|                             ) | |
|     v.                      ) | |
|                             ) | |
| RSI Enterprises, Inc.,      ) | |
|                             ) | |
|          Defendants.        ) | |
| _____ ) | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 15 days, to re-open the action if settlement is not consummated. During this 15 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

S:\JFW\CIVIL CASES\Phelps, Douglas 11-3565\LA 11 CV 03565 JFW - O JS6.wpd
(Rev. 2/15/08)

1     In the event a motion or *ex parte* application to re-open
2 is not filed within 15 days, the dismissal of this action
3 will be with prejudice.

5 Dated: November 9, 2011

                                          JOHN F. WALTER
6                                     United States District Judge